**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| Aaron Owen Schreiber, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 15 C 11895 |
| v. ) | |
| ) | Judge Joan Humphrey Lefkow |
| ) | |
| Summit-Argo Police Department, et al. ) | |
| ) | |
| Defendants. ) | |

## ORDER

Plaintiff's motion for leave to proceed *in forma pauperis* [4] is held in abeyance until plaintiff provides a certified copy of his trust fund account for the six-month period preceding the filing of the complaint, as specified in 28 U.S.C. § 1915(a)(2). Plaintiff is granted until June 30, 2016, to either file an *in forma pauperis* application on the enclosed form with the supporting information required by 28 U.S.C. § 1915(a)(2) or pay the full $400 filing fee. The Clerk is directed to send Plaintiff a blank application to proceed *in forma pauperis*, along with a copy of this order. Plaintiff's failure to comply with this order by the above date will result in summary dismissal of this case.

## STATEMENT

Plaintiff, an inmate residing at the Livingston County Jail, brings this *pro se* suit alleging constitutional and state law violations arising from police interrogations and his subsequent criminal prosecution. Currently before the court is plaintiff's application to proceed *in forma pauperis* [4].

Plaintiff's application for leave to proceed *in forma pauperis* is held in abeyance until plaintiff provides a certified copy of his trust fund account for the six-month period preceding the filing of the complaint. Under 28 U.S.C. § 1915(a)(2), a prisoner who is seeking to bring a civil action without prepayment of fees is required to submit a certified copy of his trust fund account for the six-month period "immediately" preceding the filing of his complaint, which in this case means June 30 – December 31, 2015.[1] Plaintiff has submitted a certified copy of his

---

[1] The date of filing for purposes of the statute of limitations, which is the date that Plaintiff tendered his complaint to prison staff, *see Taylor v. Brown,* 787 F.3d 851, 859 (7th Cir. 2015), is uncertain because the envelope (1-1) does not bear a postmark. For purpose of this order, the court treats December 31, 2015 as the filing date.

trust fund account for a six-month period ending September 7, 2015. Plaintiff is given until June 30, 2015, to either file an *in forma pauperis* application on the enclosed form with a certified copy of his trust fund account for the six-month period immediately preceding the filing of his complaint, or pay the full $400 filing fee.


Date:   May 25, 2016                                    _____
                                                                  Joan H. Lefkow – U.S. District Judge