FILED
JUN 10 2016
6-10-16 EAA
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

Aaron Owen Schreiber )
)
V. ) Case no: 15-CV-11895
)
) JUDGE: JOAN HUMPHREY LEFKOW
Summit-Argo Police Department, et al. )

## REPLY TO JUDICIAL ORDER AND REQUEST FOR EXTENTION OF TIME

Now comes Aaron Owen Schreiber with this reply to the Judicial order of May 25th, 2016, in which set a Date of 6-30-2016 to file an INFORMA PAUPERIS for the months of 6-30-2015 through 12-31-2015 due to the fact that the (AOS) IN FORMA PAUPERIS previously filed had trust fund account ending in September 7th 2015, And seeks an extention of time in order to comply with said order.

## STATEMENT

Aaron Owen Schreiber is currently in jail in the Kankakee, Il. J.C.D.C. @ 3050 Justice Way housed as a federal Detainee. Aaron Owen Schreiber HAS Been housed At the Metropolitan Correction Center @ 71 W. Van Buren St., Chicago, Il. During the months of June 30th 2015 through and including November 2nd, 2015 at which Point he was moved to Livingston County Jail @ 844 W. Lincoln St., Pontiac, Il. from November 2nd, 2015 through December 31st, (AOS) 2015.

ON JUNE 2nd, 2016 I recieved the Judicial order for the INFORMA PAUPERIS/TRUST FUND DOCUMENTATION PRODUCTION. I sent out AN INFORMA PAUPERIS FORMS as well AS A REQUEST FOR TRUST FUND INFORMATION FOR THE REQUESTED MONTHS ALONG WITH SELF

addressed envelopes to M.C.C. @ 71 W. Van Buren St. Chicago, Il. AOS - And Livingston County Jail @ 844 W. Lincoln St. Pontiac, Il, in an attempt to retrieve and aquire the mandated Account INFORMATION. Due to my placement at the J.C.D.C. @ 3050 Justice Way, Kankakee, Il I am extremely limited and at the leisure of the M.C.C. and L.C.J. staff. I humbly request for an extention of time to file said INFORMA PAUPERIS & SUPPORTING DOCUMENTATION FROM JUNE 30th to July 15th of 2016.

I ALSO HUMBLY REQUEST A COPY OF THE COMPLAINT THAT WAS FILED SO THAT I CAN FILE AN ACCURATE AMMENDED COMPLAINT IF NECESSARY, FOR I DO NOT HAVE A COPY FOR MYSELF. AOS THERE ARE SEVERAL DEFENDANTS NAMED AND THE ISSUES ARE VERY COMPLEX. I did NOT have the oppertunity to get a copy Because I AOS needed to get the Complaint filed before any statue of limitations ran out.

### CONCLUSION

Aaron Owen Schreiber humbly Asks FOR AN EXTENTION OF TIME From June 30th, 2016 to July 15th, 2016 in order to comply with Judicial order of MAY 25th, 2016

Aaron Owen Schreiber humbly requests a copy of the Original complaint filed on December 31st, 2015.

Respectfully Submitted this 7th day of June, 2016

Aaron Owen Schreiber